IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTHONY NELSON,
ADC #98719                                                                                          PLAINTIFF

v.                                      5:06CV00016 WRW/HDY

TIM MONCRIEF, et al.                                                                        DEFENDANTS

ORDER

The Court has received proposed findings and recommendations from Magistrate Judge H. David Young. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety.

IT IS, THEREFORE ORDERED that defendants' second motion to dismiss is hereby DENIED.

IT IS SO ORDERED this 13th day of December, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE