IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTHONY NELSON,
ADC #98719                                                                                    PLAINTIFF

v.                                              5:06CV00016HDY

TIM MONCRIEF, et al.                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this   22   day of February, 2008.

                                                                                  _____
                                                                                  United States Magistrate Judge